IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY BRAZIL**                                                                                          **PLAINTIFF**

v.                                            No. 4:13-cv-468-DPM

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES**                                                                              **DEFENDANT**

## ORDER

DHS's motion to compel, № 32, is granted as modified. Brazil must present herself for a deposition as soon as possible. If she backs out of another deposition, then the Court will consider sanctions, including dismissing the case for failure to prosecute. The Court orders Brazil to appear for a deposition on a date selected by DHS between now and 21 October 2014. Discovery is extended until the same date solely to allow this deposition. The dispositive motions' deadline is extended to 2 November 2014. All other deadlines stand.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

    8 October 2014