IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BRAZIL                                                                  PLAINTIFF

v.                              No. 4:13-cv-468-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                          DEFENDANT

ORDER

The Court needs to hold a hearing to sort out the discovery disputes. *See* № 36. The Court's staff will be in touch about scheduling a hearing for next week at a mutually convenient time. Meanwhile, the Court directs DHS to file, under seal if need be, a complete set of its responses to Brazil's discovery including documents produced. DHS may file conventionally if the material is voluminous. The Court would also appreciate a courtesy copy delivered to chambers no matter how the filing is done.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2014