IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY BRAZIL**                                                                                          **PLAINTIFF**

v.                                              No. 4:13-cv-468-DPM

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES**                                                                                   **DEFENDANT**

ORDER

The Department of Human Services's motion for protective order, № 44, is granted. The Court orders the Department to stamp "confidential" any document containing information that the Department believes is made confidential and protected by law. The Court orders Brazil not to disclose any document marked confidential to any person. The Court orders all parties to redact confidential information from any document filed on the public docket. FED. R. CIV. P. 5.2. If the confidential information cannot be redacted, then the Court grants permission to file the document under seal. In briefs and other papers filed with the Clerk, the Court orders that all parties shall take care not to disclose or refer to confidential information. Finally, Brazil shall return all copies of all documents marked confidential to the Department within thirty days of this Court's entry of judgment. Thereafter, Brazil must file notice of

the return with the Court. The Court shall retain jurisdiction to enforce this Order for one year after the entry of Judgment.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 November 2014