IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BRAZIL                                                                             PLAINTIFF

v.                                    No. 4:13-cv-468-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES                                                                  DEFENDANT

ORDER

DHS's motion for a ruling, № 52, is granted. Brazil's latest objections, № 51, are overruled. The Court directs DHS to file its second supplemental response to requests for production without attachments. Instead, attach a list of produced materials (using categories as needed) and list the approximate number of pages or things produced. This filing, or any part of it, may be under seal to protect confidential materials. DHS's filing due by 7 January 2015. Discovery is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2014