IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BRAZIL                                                                                          PLAINTIFF

v.                                    No. 4:13-cv-468-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                                                DEFENDANT

## ORDER

Brazil's Local Rule 56.1 responding statement of facts, *№ 64*, is deficient because it doesn't comply with the Court's First Amended Final Scheduling Order, *№ 42 at 3*. Brazil must correct her statement. Follow the instructions in the Scheduling Order and these instructions.

(1) write out word-for-word the statement of fact that you're responding to;

(2) below that word-for-word recitation, write "Response:";

(3) next to that, write "admit" or "deny," as appropriate; and

(4) if you deny any statement, cite to a specific fact in the record (with a specific page number) that supports your denial.

Brazil must file her substituted responding statement of facts by 30 January 2015. Defendant's reply due by 10 February 2015.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

23 January 2015