IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BRAZIL                                                            PLAINTIFF

v.                          No. 4:13-cv-468-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                         DEFENDANT

ORDER

The First Amended Final Scheduling Order, № 42 is suspended and the 11 May 2015 trial is canceled. The Court has several older criminal cases set for that date that take priority. A Second Amended Final Scheduling Order will issue, if necessary, after the Court rules on the pending motion for summary judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2015