IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY BRAZIL                                                             PLAINTIFF

v.                          No. 4:13-cv-468-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                       DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2015